IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DANIEL CINCOSKI,
ADC # 143538                                                              PLAINTIFF

v.                          Case No. 2:10-cv-188-DPM

BURL, BALL, PETER EDWARDS,
JOHN LAU, C. WRIGHT and
RAY HOBBS
                                                                        DEFENDANTS

JUDGMENT

Daniel Cincoski's amended complaint, *Document No. 13*, is dismissed without prejudice. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2011